IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JIMISA ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File |
| v. | ) | No. _____ |
| | ) | |
| TRANSPORTATION MEDIA, | ) | |
| INC. d/b/a BENCH CRAFT | ) | |
| COMPANY, | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |
| | ) | |

**COMPLAINT FOR DAMAGES**

COMES NOW, JIMISA ADAMS (hereinafter "Ms. Adams"), Plaintiff in the above-styled matter, and, by and through undersigned counsel, hereby files this lawsuit against Bench Craft Company, a division of Transportation Media, Inc. (hereinafter "Bench Craft"), showing as follows:

**Jurisdiction and Venue**

1.

Ms. Adams brings this action against Bench Craft for its violations of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 216 ("FLSA"), which authorizes employees to institute civil actions to recover damages for an employer's failure to pay overtime wages as required by the FLSA.

2.

This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 216(b) (FLSA).

3.

Venue is proper in this district and division pursuant to 28 U.S.C. § 1391(b) and (c), in that Bench Craft is a registered foreign corporation with its principal place of business located within the Northern District of Georgia, Atlanta Division, and all of the events giving rise to this cause of action occurred within the Northern District of Georgia, Atlanta Division.

**The Parties**

4.

Ms. Adams is a Georgia resident and is a citizen of the United States.  At all relevant times, Ms. Adams worked for Bench Craft at its office located in the Northern District of Georgia, Atlanta Division.

5.

Bench Craft is an Oregon Corporation and a registered Georgia foreign corporation with its principal office located at 16600 SW 72nd Avenue, Building 10, Portland, Oregon 97224.  Bench Craft regularly does business in the State of

Georgia and may be served through its registered agent, National Registered Agents, Inc., 1201 Peachtree Street NE, Suite 1240, Atlanta, Georgia 30361.

6.

Bench Craft is an enterprise engaged in commerce or in the production of goods for commerce as defined by § 203(s) of the FLSA.

7.

Bench Craft is an "employer" within the meaning of FLSA, 29 U.S.C. § 203(d).

8.

At all relevant times, Ms. Adams was an "employee" of Bench Craft within the meaning of FLSA, 29 U.S.C. § 203(e)(1).

9.

At all relevant times, Ms. Adams was a non-exempt employee entitled to minimum wages and overtime compensation within the meaning of FLSA, 29 U.S.C. §§ 206, 207, and 216(b).

10.

The overtime provisions set forth in § 207 of the FLSA apply to Bench Craft.

## The Facts

11.

From early October 21, 2013 through February 10, 2014, Ms. Adams was employed by Bench Craft.

12.

At all times relevant hereto, Bench Craft agreed to pay Ms. Adams at the rate of $15.00 per hour.

13.

Throughout her employment with Bench Craft, Ms. Adams frequently worked in excess of forty (40) hours per week.

14.

At all relevant times, Ms. Adams was a non-exempt employee for purposes of overtime compensation under the FLSA.  As such, Bench Craft was obligated to pay Ms. Adams one and one-half times her hourly rate for all hours worked in excess of forty (40) hours per week.

15.

Bench Craft failed to properly compensate Ms. Adams for overtime hours worked by Ms. Adams.

16.

Bench Craft did not make a good faith effort to comply with the FLSA with respect to its compensation of Ms. Adams.

17.

Before filing this Suit, Ms. Adams tried to resolve these claims with Bench Craft.  Ms. Adams, through counsel, sent a letter seeking to resolve the matter without litigation.  Bench Craft acknowledged receipt of the letter, but refused to pay Ms. Adams the unpaid compensation due.

18.

Ms. Adams retained undersigned counsel to represent her in this action and has incurred costs and reasonable attorneys' fees.

19.

As a result of the foregoing, Ms. Adams files this suit, seeking earned but unpaid overtime wages, liquidated damages, attorneys' fees and costs, and pre-judgment interest.

**Count I: Violations of FLSA, 29 U.S.C. § 207: Failure to Pay Overtime**

20.

Ms. Adams incorporates Paragraphs 1 through 19 of this Complaint, as if set forth fully herein.

21.

Bench Craft is not exempt from application of the FLSA's overtime provisions as they pertain to Ms. Adams, as Bench Craft has failed to meet the requirements for exemption pursuant to the FLSA.

22.

By failing to properly pay Ms. Adams for all hours worked in excess of forty (40) hours per week, Bench Craft violated the overtime provisions of the FLSA, 29 U.S.C. § 207.

23.

Bench Craft is liable to Ms. Adams for compensation for any and all time Ms. Adams worked in excess of forty (40) hours per week at the rate of at least one and one-half times her regularly hourly rate as required by the FLSA.

24.

By failing to properly pay overtime compensation to Ms. Adams in accordance with §§ 203 and 207 of the FLSA, Bench Craft willfully, intentionally, knowingly, and/or recklessly violated the FLSA.

25.

As a result of Bench Craft's violations of the FLSA, Ms. Adams is entitled to

damages, including, without limitation, unpaid overtime compensation, liquidated damages, attorneys' fees, and costs pursuant to the FLSA, 29 U.S.C. § 216.

## Prayer

WHEREFORE, Ms. Adams prays for the following relief:

(a) That Bench Craft be served with process and be required to answer this lawsuit;

(b) For a trial by a jury;

(c) For a Judgment in favor of Ms. Adams and against Bench Craft for overtime pay, other unpaid compensation, pre-judgment interest, and liquidated damages;

(d) For an award of litigation expenses and costs, including attorneys' fees; and

(e) For such other and further relief as this Court deems just and proper.

Respectfully submitted this 7th day of May, 2014.

**COHAN LAW GROUP, LLC**

*/s/ Louis R. Cohan*

LOUIS R. COHAN
Georgia Bar No. 173357
*Attorney for Plaintiff*

3340 Peachtree Road, NE, Suite 580
Atlanta, Georgia 30326
(404) 891-1770

(404) 891-5094 (facsimile)
lcohan@cohanlawgroup.com