IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JIMISA ADAMS,<br><br>    Plaintiff,<br><br>v.<br><br>TRANSPORTATION MEDIA, INC.<br>d/b/a BENCH CRAFT COMPANY,<br><br>    Defendant. | Civil Action No.<br>1:14-CV-01372-JEC |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, JiMisa Adams ("Plaintiff"), and Defendant, Transportation Media, Inc. d/b/a Bench Craft Company ("Bench Craft"), by and through their undersigned counsel, hereby stipulate and agree that this action should be dismissed with prejudice, including each and every claim averred in Plaintiff's Complaint for Damages. Each party shall bear its own costs, attorney's fees, and expenses.

Respectfully submitted this 14th day of July, 2014.

_____
Louis R. Cohan
Georgia Bar No. 173357
Attorney for Plaintiff, JiMisa Adams

COHAN LAW GROUP, LLC
3340 Peachtree Road, NE
Suite 580
Atlanta, Georgia 30326
Telephone: (404) 891-1770
Fax: (404) 891-5094
E-mail: lcohan@cohanlawgroup.com

_____
Diane L. Prucino
Georgia Bar No. 588888
Attorney for Defendant Transportation
Media, Inc. d/b/a Bench Craft Company

KILPATRICK TOWNSEND &
   STOCKTON LLP
1100 Peachtree Street, NE
Suite 2800
Atlanta, Georgia 30309-4528
Telephone: (404) 815-6500
Fax: (404) 815-6555
E-mail: dprucino@kilpatricktownsend.com